UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DANNY ISQUIERDO,<br><br>                Plaintiff,<br><br>        v.<br><br>W.G. HALL, LLC,<br><br>                Defendant. | Case No.  15-cv-00335-BLF<br><br>**CASE MANAGEMENT ORDER** |

    On May 21, 2015, the parties appeared before Judge Beth Labson Freeman for a Case Management Conference.

    IT IS HEREBY ORDERED that the following schedule shall apply in this case:

| EVENT | DATE OR DEADLINE |
|---|---|
| Disclosure of Class Certification Experts | 03/25/2016 |
| Designation Of Experts for Trial | 05/15/2016 |
| Class Certification Hearing | 06/23/2016 at 9:00 AM |
| Fact Discovery Cut-Off | 08/08/2016 |
| | |
| Last Day to Hear Dispositive Motions | 10/13/2016 at 9:00 AM |
| Final Pretrial Conference | 01/19/2017 at 2:00 PM |
| Trial | 02/06/2017 at 9:00 AM |

1     IT IS FURTHER ORDERED THAT all disputes with respect to disclosures or discovery

2  are referred to the assigned Magistrate Judge.

3     IT IS FURTHER ORDERED THAT the parties shall comply with the Court's standing

4  orders, which are available on the Court's website and in the Clerk's Office.

5     IT IS FURTHER ORDERED THAT the Parties are to meet, confer and file a stipulated,

6  proposed schedule regarding Disclosure of Expert Reports.

7     IT IS FURTHER ORDERED THAT the Parties are Referred to ADR for Mediation.

8

9  Dated:  May 21, 2015

10

11                                        BETH LABSON FREEMAN
                                          United States District Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California